# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **SANTIAGO NEGRIN BARREDA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00647-LS |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA; AND UNITED** | § | |
| **STATES OF AMERICA,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Respondents move to dismiss Petitioner Santiago Negrin Barreda's petition for a writ of habeas corpus for lack of jurisdiction. "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement,"[1] and jurisdiction attaches upon filing.[2] Petitioner was detained in Washington when he filed his petition.[3] Therefore, the Court **GRANTS** Respondents' motion to dismiss for lack of jurisdiction [ECF No. 6] and **DISMISSES** this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (5th Cir. 2004).
[2] *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014).
[3] ECF No. 6-1; ECF No. 1 at 11.